**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LUIS ANTONIO LOPEZ SALAN,**<br>**Petitioner,**<br>**v.**<br>**JOSHUA JOHNSON, et al.,**<br>**Respondents.** | **NO. 5:26-cv-05332-KS**<br><br>**JUDGMENT** |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED consistent with the terms of the accompanying Memorandum Opinion and Order Granting Habeas Petition.

DATED: November 5, 2026

Karen L. Stevenson
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE